IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JOHNNY DALTON BEAGLES,**

    **Petitioner,**

v.                                                        Case No. 4:24-cv-93-AW-MAF

**SECRETARY, DEP'T OF CORRECTIONS,**

    **Respondent.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Petitioner Johnny Dalton Beagles was convicted of arson and sentenced to twenty years' imprisonment. He initiated this § 2254 action, raising one ground for relief: he contends his attorney provided ineffective assistance of counsel by failing to convey a 36-month plea offer. But after an evidentiary hearing, the state court found his testimony not credible and found further that Beagles had shown neither deficient performance nor prejudice. Among other things, the court concluded Beagles was set on going to trial and would not have accepted *any* plea.

The magistrate judge issued a report and recommendation concluding the court should deny the § 2254 petition. ECF No. 16. Beagles filed objections, and I have considered the matter de novo. I have determined the report and recommendation should be adopted, and I now adopt it and incorporate it into this order. In short, Beagles has not shown that the state court's decision "was contrary

1

to, or involved an unreasonable application of, clearly established Federal law" or that it "was based on an unreasonable determination of the facts in light of the evidence presented in the State court proceeding." 28 U.S.C. § 2254(d)(1)-(2). Beagles disagrees with the state court's conclusions, but he has not shown a basis for § 2254 relief.

The clerk will enter a judgment that says, "The § 2254 petition is denied on the merits." A certificate of appealability is DENIED.

The clerk will close the file.

SO ORDERED on January 8, 2026.

s/ *Allen Winsor*
Chief United States District Judge